IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIC PONDER,** : | |
|    Petitioner : | |
| : | No. 1:22-cv-02085 |
| v. : | |
| : | (Judge Kane) |
| **WARDEN OF FCI SCHUYLKILL,** : | |
|    Respondent : | |

## ORDER

**AND NOW**, on this 28th day of June 2024, upon consideration of (1) pro se Petitioner Eric Ponder ("Ponder")'s petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1); (2) the parties' submissions relating to Ponder's habeas petition (Doc. Nos. 5–7, 9, 10); and (3) Ponder's response to this Court's February 22, 2024 Order (Doc. Nos. 12, 13), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Ponder's request for leave of Court to submit a reply to Respondent's sur-reply (Doc. No. 10) is **GRANTED**;

2. Ponder's petition (Doc. No. 1) is **DISMISSED AS MOOT**; and

3. The Clerk of Court is directed to **CLOSE** this case.

 

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania